DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JACK COSENTINO,**
Appellant,

v.

**KATHERINE COSENTINO** and **VIII FINE JEWELRY, L.L.C.,**
Appellees.

No. 4D2025-2633

[June 18, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Darren Dunifon Shull, Judge; L.T. Case No. 502024DR003786XXXAMB.

John Schutz of John F. Schutz, P.L., Palm Beach Gardens, for appellant.

Katherine Cosentino, Minneapolis, pro se.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***